Taylor A. Buono, Esq.
Nevada Bar No. 15513
Wilson Elser Moskowitz Edelman & Dicker LLP
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119
T: 702.727.1400
F: 702.727.1401
taylor.buono@wilsonelser.com

Jason A. Spak, Esq.
*Admitted Pro Hac Vice*
FisherBroyles, LLP
6360 Broad Street #5262
Pittsburgh, PA 15206
T: 412.230.8555
jason.spak@fisherbroyles.com

Attorneys for Defendant,
FIRST ADVANTAGE BACKGROUND SERVICES CORP.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SARA L. WEATHERSPOON,<br>　　　　　　　　　　Plaintiff,<br>v.<br>FIRST ADVANTAGE BACKGROUND SERVICES CORP.,<br>　　　　　　　　　　Defendant. | Case No. 2:23-cv-00548-GMN-DJA |

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

**(First Request)**

Pursuant to Local Rule 6-1, Plaintiff and Defendant stipulate and agree that:

1.　Plaintiff served Defendant with process on April 17, 2023, and Defendant's deadline to move, plead, or otherwise respond to Plaintiff's Complaint is May 8, 2023 unless extended.

2.　Good cause exists for an extension of that deadline. Defendant needs additional time to gather its files regarding Plaintiff and make them available to its counsel so that a meaningful response to the Complaint can be filed.

3. In the opinion of counsel for Plaintiff and Defendant, a 21-day extension of time would be appropriate under the circumstances.

4. Accordingly, Plaintiff and Defendant request that Defendant's deadline to move, plead or otherwise respond to Plaintiff's Complaint be extended to May 29, 2023.

5. This stipulation is entered into good faith and not for purposes of delay.

DATED May 8, 2023

WILSON ELSER MOSKOWITZ
EDELMAN & DICKER, LLP

/s/ Taylor A. Buono, Esq.
Taylor A. Buono, Esq.
Nevada Bar No. 15513
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119

-AND-

FISHERBROYLES, LLP

/s/ Jason A. Spak, Esq.
Jason A. Spak, Esq.
*Admitted Pro Hac Vice*
6360 Broad Street #5262
Pittsburgh, PA 15206
**Attorneys for Defendant**

DATED May 8, 2023

CONSUMER ATTORNEYS

/s/ Michael Yancy, Esq.
Michael Yancy, Esq.
Nevada Bar No. 16158
2300 West Sahara Ave., Suite 800
Las Vegas, NV 89102
**Attorneys for Plaintiff**

**IT IS SO ORDERED:**

_____
DANIEL J. ALBREGTS
UNTED STATES MAGISTRATE JUDGE

DATED: May 9, 2023