Michael Yancey, NV #16158
**CONSUMER ATTORNEYS**
2300 West Sahara Ave. Suite 800
Las Vegas, NV 89102
E: myancey@consumerattorneys.com
T: (480) 573-9272
F: (718) 715-1750

James Ristvedt
*admitted pro hac vice*
**CONSUMER ATTORNEYS**
8245 North 85th Way
Scottsdale, AZ 85258
E: jristvedt@consumerattorneys.com
T: (480) 626-1956
F: (718) 715-1750

*Attorney for Plaintiff Sara L. Weatherspoon*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| SARA L. WEATHERSPOON,<br><br>             Plaintiff,<br><br>v.<br><br>FIRST ADVANTAGE BACKGROUND SERVICES CORP.,<br><br>             Defendant. | Case No.: 2:23-cv-00548-GMN-DJA<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Sara L. Weatherspoon, and Defendant First Advantage Background Services Corp., by and

1

through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice.

Respectfully Submitted this 21st day of March 2024.

| | |
|---|---|
| */s/ James Ristvedt* <br> James Ristvedt <br> *admitted pro hac vice* <br> **CONSUMER ATTORNEYS** <br> 8245 North 85th Way <br> Scottsdale, AZ 85258 <br> E: jristvedt@consumerattorneys.com <br> T: (480) 626-1956 <br> F: (718) 715-1750 <br><br> */s/ Michael Yancey* <br> Michael Yancey, NV #16158 <br> **CONSUMER ATTORNEYS** <br> 2300 West Sahara Ave. Suite 800 <br> Las Vegas, NV 89102 <br> E: myancey@consumerattorneys.com <br> T: (480) 573-9272 <br> F: (718) 715-1750 <br><br> *Attorneys for Plaintiff* <br> *Sara L. Weatherspoon* | */s/ Jason Spak* <br> Jason Spak <br> **FISHERBROYLES, LLP** <br> 6360 Broad Street, #5262 <br> Pittsburgh, PA 15206 <br> E: jason.spak@fisherbroyles.com <br> T: (412) 230-8555 <br><br> Taylor Buono <br> **WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP** <br> 6689 Las Vegas Boulevard South, Suite 200 <br> Las Vegas, NV 89119 <br> E: taylor.buono@wilsonelser.com <br> T: (702) 727-1400 <br> F: (702) 727-1401 <br><br> *Counsel for Defendant First Advantage Background Services Corp.* |

**ORDER**

**IT IS SO ORDERED.**

Dated this __21__ day of March, 2024.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 21, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER ATTORNEYS**

By: */s/ Sierra M. Stewart*
Sierra M. Stewart